IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, | 1:06-cv-01850 OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT $350.00 FILING FEE IN FULL |
| vs. | |
| ANDREW ATLOW, et al., | (DOCUMENT #8) |
| Defendants. | 30 THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 4, 2007, plaintiff filed a motion to extend time to submit $350.00 Filing Fee In Full.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to submit $350.00 Filing Fee In Full.

IT IS SO ORDERED.

**Dated:   January 9, 2008**          /s/ William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE